1  **JENNIFER L. COON**
   California State Bar No. 203913
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: jennifer_coon@fd.org

5  Attorneys for Mr. Heron-Salinas

8                     UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE JEFFREY T. MILLER)**

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | CASE NO. 07CR2872-JM |
| 12           Plaintiff, | ) ) | DATE: November 30, 2007<br>TIME: 11:00 a.m. |
| 13 v. | ) ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| 14 **JUAN HERON-SALINAS,** | ) ) | 1) PRESERVE EVIDENCE AND COMPEL DISCOVERY; |
| 15           Defendant. | ) ) | 2) DISMISS THE INDICTMENT DUE TO IMPROPER GRAND JURY INSTRUCTION; AND |
| 16 | ) ) | 3) GRANT LEAVE TO FILE FURTHER MOTIONS |
| 17 | ) ) | |

19 TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
         NICOLE A. JONES, ASSISTANT UNITED STATES ATTORNEY:
20

21      PLEASE TAKE NOTICE that, on November 30, 2007, at 11:00 a.m., or as soon thereafter as counsel

22 may be heard, defendant, Juan Heron-Salinas, by and through his attorneys, Jennifer L. Coon and

23 Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

24 //
25 //
26 //
27 //
28 //

## MOTIONS

Defendant Juan Heron-Salinas, by and through his attorneys, Jennifer L. Coon and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1) Preserve Evidence and Compel Discovery;

(2) Dismiss the Indictment Due to Misinstruction of the Grand Jury; and

(3) Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

DATED:     November 15, 2007          */s/ Jennifer L. Coon*
**JENNIFER L. COON**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Heron-Salinas