1  **JENNIFER L. COON**
   California State Bar No. 203913
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101
   Telephone: (619) 234-8467
4  Email: jennifer_coon@fd.org

5  Attorneys for Mr. Heron-Salinas

AMENDED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| UNITED STATES OF AMERICA, | ) | Case No. 07CR2872-JM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| JUAN HERON-SALINAS, | ) | JOINT MOTION FOR CONTINUANCE OF MOTION HEARING DATE |
| Defendant. | ) | |

**IT IS HEREBY JOINTLY MOVED** by the parties that the motion hearing currently scheduled for January 11, 2008, at 11:00 a.m., be continued to January 25, 2008, at 11:30 a.m., before the Honorable Jeffrey T. Miller. Good cause exists for the continuance in that defense counsel is scheduled to attend oral argument at the Ninth Circuit Court of Appeals on January 11, and is scheduled for trial the following week in another case.

Respectfully submitted,

DATED: December 21, 2007      /s/ JENNIFER L. COON
                              Federal Defenders of San Diego, Inc.
                              Attorneys for Defendant Heron-Salinas
                              jennifer_coon@fd.org

DATED: December 21, 2007      /s/ NICOLE A. JONES
                              Assistant United States Attorney

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    Courtesy Copy Chambers

    Copy Assistant U.S. Attorney via ECF Notice of Electronic Filing

    Copy Defendant

Dated: December 21, 2007

    /s/ JENNIFER L. COON
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
jennifer_coon@fd.org (email)