UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR2872-JM |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| JUAN HERON-SALINAS, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**IT IS HEREBY ORDERED** that the motion hearing currently scheduled for January 11, 2008, at 11:00 a.m., is continued to *January 25, 2008, at 11:30 a.m.*

**SO ORDERED.**

DATED:   December 21, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge