UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07cr2872 JM |
| ) | |
| Plaintiff, ) | |
| v. ) | Order Granting Joint Motion for |
| ) | Continuance of Motion Hearing Date |
| JUAN HERON-SALINAS, ) | [Docket No. 14] |
| ) | |
| Defendant. ) | |
| ) | |

    Upon the joint motion of the parties, and for good cause being shown, the motion hearing date currently scheduled before Judge Miller on January 11, 2008 is hereby continued to ***January 25, 2008 at 11:30 a.m.***

    IT IS SO ORDERED.

DATED: January 2, 2008

                                         Hon. Jeffrey T. Miller
                                         United States District Judge