1 **JENNIFER L. COON**
California State Bar No. 203913
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: jennifer_coon@fd.org

5 Attorneys for Mr. Heron-Salinas

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, | CASE NO. 07CR2872-JM |
| 12 Plaintiff, | DATE: January 25, 2008 |
| | TIME: 11:30 a.m. |
| 13 v. | |
| | NOTICE OF MOTIONS AND MOTIONS TO: |
| 14 **JUAN HERON-SALINAS,** | |
| | 1) DISMISS INDICTMENT DUE TO INVALID DEPORTATION; AND |
| 15 Defendant. | |
| | 2) GRANT LEAVE TO SUPPLEMENT MOTION AND TO FILE FURTHER MOTIONS |

19 TO: KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
NICOLE A. JONES, ASSISTANT UNITED STATES ATTORNEY:

21 PLEASE TAKE NOTICE that, on January 25, 2008, at 11:00 a.m., or as soon thereafter as counsel

22 may be heard, defendant, Juan Heron-Salinas, by and through his attorneys, Jennifer L. Coon and

23 Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

24 //

25 //

26 //

27 //

28 //

**MOTIONS**

Defendant Juan Heron-Salinas, by and through his attorneys, Jennifer L. Coon and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1)   Dismiss the Indictment Due to an Invalid Deportation; and

(2)   Grant Leave to Supplement Motion and to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

DATED:   January 11, 2008          */s/ Jennifer L. Coon*
                                   **JENNIFER L. COON**
                                   Federal Defenders of San Diego, Inc.
                                   Attorneys for Mr. Heron-Salinas