# EXHIBIT A



IMMIGRATION AND NATURALIZATION SERVICE
MEMORANDUM OF CREATION OF RECORD OF LAWFUL PERMANENT RESIDENCE

PLACE: LOS ANGELES, CA                                    FILE NO: 91860230

STATUS AS A LAWFUL PERMANENT RESIDENT OF THE UNITED STATES IS ACCORDED:

NAME: JUAN                    HERON                    SEX: M

IN CARE OF:                                            BIRTH DATE: 03/28/57

STREET ADDRESS: 1314 1/2 LINWOOD AVE                   CTRY OF BIRTH: MEXIC

CITY: LOS ANGELES      CA 90017                        NATIONALITY: MEXIC

CITY OF BIRTH: GUERRERO                                COUNTRY OF LAST RESIDENCE: MEXIC

MARITAL STATUS: N                                      OCCUPATION:

MOTHERS FIRST NAME: BERNARDINA                         FATHERS FIRST NAME: CARMEN

UNDER THE FOLLOWING PROVISIONS OF LAW:

(X)  SEC 210 (A) OF THE I&N ACT

AS OF: 12/01/90          AT: XLA                       CLASS OF ADM/ADJ: W26

RECOMMENDED BY: AUTO

DATE: 06/10/91

REMARKS:




IMDAC COPY SENT:


FORM I-181 (REV 11-1-88)                                              001773

203

# EXHIBIT B

U.S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
2409 LA BRUCHERIE ROAD
IMPERIAL, CA  92251

In the Matter of:                    Case No.:  A91-860-230
*S-HERON, JUAN
P67763
                                     Docket:  CALIPATRIA STATE PRISON

RESPONDENT                           IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

Upon the basis of respondent's admissions, I have determined that the respondent is subject to removal on the charge(s) in the Notice to Appear.

Respondent has made no application for relief from removal.

It is HEREBY ORDERED that the respondent be removed from the United States to _MEXICO_ on the charge(s) contained in the Notice to Appear.

It is FURTHER ORDERED that if the aforenamed country advises the Attorney General that it is unwilling to accept the respondent into its territory or fails to advise the Attorney General within 30 days following original inquiry whether it will or will not accept respondent into its territory, respondent shall be removed to _____.

If you fail to appear for removal at the time and place ordered by the INS, other than because of exceptional circumstances beyond your control (such as serious illness of the alien or death of an immediate relative of the alien, but not including less compelling circumstances), you will not be eligible for the following forms of relief for a period of ten (10) years after the date you were required to appear for removal:
   (1)  Voluntary departure as provided for in section 240B of the Immigration and Nationality Act;
   (2)  Cancellation of removal as provided for in section 240A of the Immigration and Nationality Act; and
   (3)  Adjustment of status or change of status as provided for in section 245, 248 or 249 of the Immigration and Nationality Act.

                                     _____
                                     DENNIS R. JAMES
                                     Immigration Judge

Appeal:  RESERVED/(WAIVED)/(A/I/B)   Date:  Dec 30, 2004

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)    PERSONAL SERVICE (P)
TO: [ ] ALIEN  [/] ALIEN c/o Custodial Officer  [ ] Alien's ATT/REP  [/] INS
DATE: _____  BY: COURT STAFF _____
Attachments: [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other  7X
GDG

131

# EXHIBIT C

In removal proceedings under section 240 of the Immigration and Nationality Act

File No: A91 860 230
CDC: ▊▊▊▊
Rel Date: 1/3/2005

In the Matter of:

Respondent: HERON, Juan
currently residing at C/O California Department of Corrections
(Number, street, city, state and ZIP code)
(Area code and phone number)

U.S. IMMIGRATION & NATURALIZATION SERVICE
INSTITUTIONAL HEARING PROGRAM
7018 BLAIR RD
CALIPATRIA, CA. 92233

☐ 1. You are an arriving alien.
☐ 2. You are an alien present in the United States who has not been admitted or paroled.
☒ 3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:

☐ 4. You are not a citizen or national of the United States.
☐ 5. You are a native of Mexico and a citizen of Mexico.
☐ 6. You were admitted to the United States at Los Angeles, California on or about 12/1/1990 as an immigrant.
☐ 7. You were, on 1/18/2000, convicted in the Superior Court of California, County of Los Angeles for the offense of Assault With Firearm-Person, in violation of Section 245(a)(2) of the California Penal Code;
☐ 8. For that offense, you were sentenced to confinement for a period of 3 years.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

237(a)(2)(A)(iii) of the Immigration and Nationality Act, as amended, in that, at any time after admission, you have been convicted of an aggravated felony as defined in Section 101(a)(43)(F) of the Act, a crime of violence (as defined in section 16 of Title 18, United States Code, but not including a purely political offense) for which the term of imprisonment ordered is at least one year.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution.

☐ Section 235(b)(1) order was vacated pursuant to: ☐ 8 CFR 208.30(f)(2) ☐ 8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

To be set
(Complete Address of Immigration court, Including room Number, if any)

on 12/30/04 at 8:00 to show why you should not be removed from the United States based on the charge(s) set forth above.
(Date)   (Time)

F.E. Coughlin
Acting Supervisory Detention and Deportation Officer
(Signature and Title of Issuing Officer)
Calipatria, California
(City and State)

Date: 12/13/04

See reverse for important information

Form I-862 (Rev. 4-1-97)

132