# TABLE OF CONTENTS

EXHIBIT 1:   245(a)(2) Information and Abstract of Judgment

EXHIBIT 2:   Excerpt from Defendant's 2006 Pre-Sentence Report

# EXHIBIT

# 1

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES

| THE PEOPLE OF THE STATE OF CALIFORNIA,<br>Plaintiff,<br>v.<br>01  JUAN HERON  (3/28/1957) (Bk#  6269349)<br>Defendant(s). | CASE NO. BA195517<br><br>*INFORMATION*<br><br>Arraignment Hearing<br>Date:  01/18/2000<br>Department: CEN  119 |



## INFORMATION SUMMARY

| Ct. No. | Charge | Charge Range | Defendant | Special Allegation | Alleg. Effect |
|---|---|---|---|---|---|
| 1 | PC 245(a)(2) | 3,¥,$+3,4,10 | HERON, JUAN | PC 12022.7(a) | +3 Yrs |

The District Attorney of the County of Los Angeles, by this Information alleges that:

### COUNT 1

On or about November 25, 1999, in the County of Los Angeles, the crime of ASSAULT WITH A SEMIAUTOMATIC FIREARM, in violation of PENAL CODE SECTION 245(b), a Felony, was committed by JUAN HERON, who did willfully and unlawfully commit an assault upon MALIK ABDULAH with a semiautomatic firearm.

It is further alleged that the defendant(s), JUAN HERON used a firearm within the meaning of Penal Code Section 12022.5(a) and (d). "NOTICE:   The above offense is a serious felony within the meaning of Penal Code section 1192.7(c)."

"NOTICE:  Conviction of this offense will require you to provide specimens and samples pursuant to Penal Code section 296.  Willful refusal to provide the specimens and samples is a crime."

It is further alleged that in the commission of the above offense the said defendant(s), JUAN HERON,  personally inflicted great bodily injury upon MALIK ABDULAH, not an accomplice to the above offense, within the meaning of Penal Code Section 12022.7(a) and also causing the above offense to become a serious felony within the meaning of Penal Code Section 1192.7(c)(8).

"NOTICE: This offense is a serious felony and a violent felony within the meaning of Penal Code sections 1192.7(c)(8) and 667.5(c)(8)."

* * * * *

THIS INFORMATION CONSISTS OF 1 COUNT(S).

GIL GARCETTI
DISTRICT ATTORNEY
County of Los Angeles,
State of California

BY: *[signature]*
KEN E. LAMB
DEPUTY DISTRICT ATTORNEY

Filed in Superior Court,
County of Los Angeles

/JFA

DATED: _____

Pursuant to Penal Code Section 1054.5(b), the People are hereby informally requesting that defense counsel provide discovery to the People as required by Penal Code Section 1054.3.

Rev. 940-1/99  DA Case 97726897         Page 2         Case No. BA195517

*INFORMATION*

# ABSTRACT OF JUDGMENT --- PRISON COMMITMENT --- DETERMINATE
## SINGLE, CONCURRENT, OR FULL-TERM CONSECUTIVE COUNT FORM
*(Not be used for multiple count convictions or for 1/3 consecutive sentences)*

[X] SUPERIOR COURT OF CALIFORNIA, COUNTY OF **LOS ANGELES**
[ ] MUNICIPAL BRANCH OR JUDICIAL DISTRICT **CENTRAL DISTRICT - CRIMINAL**

PEOPLE OF THE STATE OF CALIFORNIA vs. DEFENDANT: **HERON, JUAN**
DOB: **03-28-57**
CASE NUMBER: **BA195517**
AKA:
CII# **A08394074**
BOOKING # **6269349**
[ ] NOT PRESENT

**ORIGINAL FILED JAN 20 2000 LOS ANGELES SUPERIOR COURT**

COMMITTED TO STATE PRISON ABSTRACT OF JUDGMENT   [ ] AMENDED ABSTRACT

DATE OF HEARING: **01-18-2000**
DEPT. NO.: **119**
JUDGE: **SHERRILL D LUKE**
CLERK: **JOSEPH PULIDO**
REPORTER: **JANIS FONSECA**
PROBATION NO. OR PROBATION OFFICER: **X1750614**
COUNSEL FOR PEOPLE: **KEN E LAMB**
COUNSEL FOR DEFENDANT: **KEITH S ROSS**   [ ] APPTD

1. Defendant was convicted of the commission of the following felony.

| CNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO/DAY/YEAR) | CONVICTED BY JURY | COURT | PLEA | TERM (L,M,U) | TIME IMPOSED YRS | MOS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 245(A)(2) | ASSLT W/FIREARM PERSON | 1999 | 01 18 2000 | | | X | LOW | 3 | |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST enhancements stricken under PC 1385.

| CNT | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12022.5(A) | 3 | | | | | | | | | 3 |

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTIONS OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST enhancements stricken under PC 1385.

| CNT | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| ... | | | | | | | | | |

4. [ ] Defendant was sentenced pursuant to PC 667(b)-(i) or PC 1170.12 (two strikes).
5. FINANCIAL OBLIGATIONS (including any applicable penalty assessments):
   a. RESTITUTION FINE of $ **200.00** per PC 1202.4(b) forthwith per PC 2085.5.
   b. RESTITUTION FINE of $ **200.00** per PC 1202.45 suspended unless parole is revoked.
   c. RESTITUTION of $ **10,000.00** per PC 1202.4(f) to [X] victims* [ ] Restitution Fund
      (*List victim name(s) if known and amount breakdown in item 7, below.)
      (1) [ ] Amount to be determined.   (2) [ ] Interest rate of: _____ % (not to exceed 10% per PC 1204.4(f)(3)(F)).
   d. [ ] LAB FEE of: $ _____ for counts: _____ Per H&SC 11372.5(a).
   e. [ ] DRUG PROGRAM FEE of $150 per H&SC 11372.7(a)   f. [ ] FINE of: $ _____ per PC 1202.5.
6. TESTING: [ ] AIDS [ ] DNA pursuant to [ ] PC 1202.1 [ ] PC 290.2 [ ] other (specify):
7. Other orders (specify):

8. TOTAL TIME IMPOSED: **6**
9. [ ] This sentence is to run concurrent with (specify):
10. Execution of sentence imposed
    a. [X] at initial sentencing hearing.                    d. [ ] at resentencing per recall of commitment. (PC 1170(d).)
    b. [ ] at resentencing per decision on appeal.           e. [ ] other (specify):
    c. [ ] after revocation of probation.

11. DATE SENTENCE PRONOUNCED **01-18-2000** | CREDIT FOR TIME SPENT IN CUSTODY **64** TOTAL DAYS: INCLUDING: | ACTUAL LOCAL TIME **56** | LOCAL CONDUCT CREDITS **8** | [ ] 4019 SERVED TIME IN STATE INSTITUTION [ ] 2933.1 [ ] DMH [ ] CDC [ ] CRC

12. The defendant is remanded to the custody of the sheriff [X] forthwith [ ] after 48 hours excluding Saturdays, Sundays, and holidays.
    To be delivered to: [ ] [X] the reception center designated by the director of the California Department of Corrections.
    [ ] other (specify):

CLERK OF THE COURT: I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE **C. WIGGINS-KING**      JANUARY 20, 2000

This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

form adopted by the Judicial Council of California
CR-290.1 [Rev. January 1, 1999]

ABSTRACT OF JUDGMENT- PRISON COMMITMENT- DETERMINATE SINGLE, CONCURRENT, OR FULL-TERM CONSECUTIVE COUNT FORM

Penal Code §§1170, 1213, 1213.5

C311

# EXHIBIT

# 2

Prob 2 SD
(REV 4/93)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### PRESENTENCE REPORT

| Field | Value |
|---|---|
| NAME | HERON, Juan |
| Dictation Date | 7/11/2006 |
| Address | MCC, 808 Union Street, San Diego, CA 92101 |
| Legal Residence | Guerrero, Mexico |
| Scheduled Sent Date | 8/21/2006 9:00 a.m. |
| Docket No | 06CR01054-002-H |
| Education | Second Grade |
| Race | White |
| Date of Birth | 03/28/57 |
| Age | 49 |
| Sex | M |
| Place of Birth | Guerrero, Mexico |
| Citizenship | Mexico (Deported Alien) |
| Height | 5'4" |
| Weight | 150 |
| Marital Status | Cohabits |
| Soc. Sec. No. | None |
| Other ID No. | CA/DL: N8225757 (expired); CII: A08304074; INS: A91860230; CDC: P67763 |
| Hair | Black |
| Eyes | Brown |
| FBI No. | 472186FA7 |
| U.S. Marshal No. | 99248-198 |

**Conviction Status**
6/6/2006: Pled guilty to a single-count information.

**Count(s) of Conviction**
8 U.S.C. § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2, Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, a Class C Felony.

**Penalty**
10 years custody; 3 years supervised release; $250,000 fine; $100 special assessment.

**Custodial Status**
In continuous custody since arrest.
107 days custody credit through 8/21/2006.

**Date of Arrest**
5/7/2006

**Detainers or Charges Pending**
ICE detainer.

**Other Defendants**
see page i.

**Assistant U.S. Attorney** (619) 557-6479
Carol Trujillo
880 Front Street, Rm. 6293
San Diego, CA 92101-8893

**Defense Counsel** (appointed) (619) 233-7521
Robert Schroth Sr.
2044 First Avenue, Ste. 200
San Diego, CA 92101

**Disposition**

**Sentencing Judge**
HON. MARILYN L. HUFF
U.S. District Judge

**Date**

**Probation Officer**
Kelly Richardson
(619) 557-3449

HERON, Juan                                                                                     4

## Criminal Convictions

| Date of Arrest | Charge/Agency | Date Sentence Imposed/Disposition | Guideline/Score | |
|---|---|---|---|---|
| 8/5/1988 (age 31) | Ct. 1: 23152(b) VC, DUI w/ .08% or Greater BAC; Ct. 2: 23152(a) VC, DUI; Ct. 3: 12500(a) VC, Unlic. Driver (misd.) Arresting agency unk. | Los Angeles Co. Muni. Crt.(Central) Case No.ELA88M0874101 8/10/88: Guilty Ct. 1 (misd.), 3 years summary prob., 2 days jail. | 4A1.2(e)(3) | 0 |

The above information was taken from the Los Angeles County Probation Department report prepared in case BA195517 (see below). Due to the dated nature of the offense, no further information was available.

| Date of Arrest | Charge/Agency | Date Sentence Imposed/Disposition | Guideline/Score | |
|---|---|---|---|---|
| 4/16/1994 (age 37) | Ct. 1: 273.5 PC, Corp. Inj. to Spouse/Cohab. Los Angeles, CA PD | Los Angeles Co. Sup. Crt.(Central) Case No. 94R05439 5/17/94: Pled nolo contendere, 3 years prob., 55 days jail. | 4A1.2(e)(3) | 0 |

The above information was taken from computerized court records. As conditions of probation the defendant was ordered to complete a 12 month domestic violence program and attend 50 Alcoholics Anonymous meetings. The arrest report was requested and is awaited.

| Date of Arrest | Charge/Agency | Date Sentence Imposed/Disposition | Guideline/Score | |
|---|---|---|---|---|
| 11/25/1999 (age 42) | Ct. 1: 245(a)(2) PC, Assault w/ Firearm on Person Los Angeles, CA PD | Los Angeles Co. Sup. Crt.(Central) Case No. BA195517 1/18/00: Pled nolo contendere; 6 years prison, restitution. 1/1/05: Paroled to INS 1/3/05: Deported | 4A1.1(a) | 3 |

According to the Los Angeles County Probation Department report, the victim went to the defendant's home, and confronted him on the belief J. HERON had broken his (victim's) vehicle windows. After accusing the defendant of breaking the windows, the victim became frustrated and began walking away from the residence. J. HERON fired a 9mm handgun through the door, and the bullet grazed the victim's elbow before entering his side and exiting

HERON, Juan                                                                 5

through his upper abdomen. The forgoing information was obtained from court records and the presentence report. The arrest report was requested and is awaited.

J. HERON confirmed his conviction in this case, stating he "shot a black man who was bothering me in my house." He further stated he was not on parole as he was deported after serving his sentence.

According to records from the California Department of Corrections (CDC), his parole is not due to expire until January 1, 2008.

**Criminal History Computation**

The criminal convictions listed above result in three criminal history points.                                  **3**

Pursuant to USSG § 4A1.1(d), two points are added because the defendant was on parole in Case No. BA195517 when the instant offense was committed.                                 **+2**

Pursuant to USSG § 4A1.1(e), one point is added because the defendant was released from custody, in Case No. BA195517, less than two years prior to committing the instant offense.                                  **+1**

The total criminal history score is six.                                                                   **6**

According to the Sentencing Table (USSG Ch.5, Pt.A), a criminal history score of six establishes a Criminal History Category III.                                                       **III**

**Other Law Enforcement Contacts**

The following information was obtained from the defendant's FBI and CII rap sheets.

On August 31, 1986, J. HERON was arrested by Los Angeles, California, police officers for a violation of 245(a)(1) PC, Force With a Deadly Weapon/Not a Firearm: Great Bodily Injury Likely. Prosecution was declined on September 3, 1986, due to the unavailability of the victim, according to the defendant's rap sheet.

J. HERON was apprehended by U.S. immigration authorities on January 30, 1994, for alien smuggling. Prosecution was declined on March 3, 1994.

The defendant was arrested by Los Angeles, California, police officers on July 11, 1996, for a violation of 422 PC, Terrorist Threats. Prosecution was declined on July 12, 1996, and the defendant's rap sheet reflects the victim declined to testify.