JENNIFER L. COON
California State Bar No. 203913
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101
Telephone: (619) 234-8467
Email: jennifer_coon@fd.org
\_\_\_\_Retained  X  Appointed

**ORIGINAL**

**FILED**
JUN 1 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _KW_  DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

TRIAL JUDGE  Honorable Jeffrey T. Miller          Court Reporter  Debra Henson

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR2872-JTM |
| Plaintiff-Appellee, ) | **NOTICE OF APPEAL (Criminal)** |
| v. ) | |
| JUAN HERON-SALINAS, ) | |
| Defendant-Appellant. ) | |

Notice is hereby given that Juan Heron-Salinas, defendant above-named, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the:

(X) final judgment (Fed. R. Crim. P. 32(d))

( ) sentence only (18 U.S.C. § 3742) Sentence imposed _____

( ) order (describe)_____

entered in this proceeding on the  15th  day of January, 2008.

If government appeal: Was the filing of this appeal approved in accordance with 18 U.S.C. § 3742(b)(4)? \_ Yes \_ No

DATED: June 13, 2008

_/s/ Jennifer Coon_
JENNIFER L. COON, Federal Defenders of San Diego, Inc.
Attorneys for Defendant-Appellant

Transcripts Required** X Yes __No  Date ordered or to be ordered  6/30/08

Date ( ) Indictment  ( ) Information    Filed  10/17/07
Bail Status  Custody
Will there be a request to expedite the appeal and set a schedule faster than that normally set? _Yes __No (Note: This does not alleviate requirement of Ninth Cir. R.27-12 that a motion to expedite must be done in accordance with FRAP 27).

---
*Pursuant to Fed. R. Crim. P. 32(a)(2) the defendant may request the clerk to prepare and file the Notice of Appeal.
**If transcript required, transcript order form (CA9-036) must be completed and court reporter contacted to make arrangements for transcription.

♦AO 245B   (Rev. 9/00) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

08 JUN -9 PM 4: 45

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| JUAN HERON-SALINAS | Case Number: 07CR2872-JM |
| | JENNIFER COON, FED DEF INC., |
| | Defendant's Attorney |

**REGISTRATION NO. 99248198**

☐

**THE DEFENDANT:**
☒ pleaded guilty to count(s)   ONE OF THE INDICTMENT.

☐ was found guilty on count(s) _____
after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| **Title & Section** | **Nature of Offense** | **Count Number(s)** |
|---|---|---|
| 8 USC 1326 (a) & (b) | ATTEMPTED ENTRY AFTER DEPORTATION | 1 |

The defendant is sentenced as provided in pages 2 through ___4___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____
☐ Count(s) _____   is ☐ are ☐ dismissed on the motion of the United States.

☒ Assessment: $100

☒ Fine waived   ☐ Property forfeited pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

JUNE 9, 2008
Date of Imposition of Sentence

HON. JEFFREY T. MILLER
UNITED STATES DISTRICT JUDGE

entered 6/13/08

07CR2872-JM

AO 245B    (Rev. 9/00) Judgment in Criminal Case
           Sheet 2 — Imprisonment

Judgment — Page __2__ of __4__

DEFENDANT: JUAN HERON-SALINAS
CASE NUMBER: 07CR2872-JM

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of FIFTY-SEVEN (57) MONTHS.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____.
   as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before _____
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

07CR2872-JM

AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
           Sheet 3 — Supervised Release

DEFENDANT: JUAN HERON-SALINAS
CASE NUMBER: 07CR2872-JM

Judgment—Page __3__ of __4__

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:
THREE (03) YEARS.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

*For offenses committed on or after September 13, 1994:*

The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court. Testing requirements will not exceed submission of more than __8__ drug tests per month during the term of supervision, unless otherwise ordered by court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer pursuant to 18 USC 3583(d).

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution obligation, it is a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

The defendant must comply with the standard conditions that have been adopted by this court. The defendant shall also comply with any special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

07CR2872-JM

AO 245B    (Rev. 9/00) Judgment in a Criminal Case
Sheet 3 — Continued 2 — Supervised Release

DEFENDANT: JUAN HERON-SALINAS
CASE NUMBER: 07CR2872-JM

Judgment—Page 4 of 4

# SPECIAL CONDITIONS OF SUPERVISION

☐ Submit to a search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer.

☒ If deported, excluded, or allowed to voluntarily return to country of origin, not reenter the United States illegally and report to the probation officer within 24 hours of any reentry to the United States; supervision waived upon deportation, exclusion, or voluntary departure.

☐ Not transport, harbor, or assist undocumented aliens.

☐ Not associate knowingly with alien smugglers.

☐ Not reenter the United States illegally.

☐ Not enter or reside in the Republic of Mexico without written permission of the Court or probation officer.

☐ Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

☐ Not possess any narcotic drug or controlled substance without a lawful medical prescription.

☐ Not associate knowingly with known users of, smugglers of, or dealers in narcotics, controlled substances, or dangerous drugs in any form.

☐ Participate in a program of mental health treatment as directed by the probation officer, take all medications as prescribed by a psychiatrist/physician, and not discontinue any medication without permission. The Court authorizes the release of the presentence report and available psychological evaluations to the mental health provider, as approved by the probation officer. The defendant may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

☐ Defendant should not be subject to involuntary treatment, or the taking of any medication. Rather in the absence of defendant's consent to treatment or medication, the court shall determine the reasonableness or necessity of any proposed treatment or medication at issue.

☐ Participate in a mental health treatment program as directed by the probation office.

☐ Provide complete disclosure of personal and business financial records to the probation officer as requested.

☐ Be prohibited from opening checking accounts or incurring new credit charges or opening additional lines of credit without approval of the probation officer.

☐ Seek and maintain full time employment and/or schooling or a combination of both.

☐ Resolve all outstanding warrants within         days.

☐ Complete        hours of community service in a program approved by the probation officer within

☐ Reside in a Residential Reentry Center (RRC) as directed by the probation officer for a period of

☐ Reside in a Residential Reentry Center (RRC) as directed by the Bureau of Prisons for a period of       commencing upon release from imprisonment.

☐ Remain in your place of residence for a period of                , except while working at verifiable employment, attending religious services or undergoing medical treatment.

☐ Not engage in any form of telemarketing, as defined in 18 USC 2325, without the written permission of the probation officer.

☐ Comply with the conditions of the Home Confinement Program for a period of           months and remain at your residence except for activities or employment as approved by the court or probation officer. Wear an electronic monitoring device and follow procedures specified by the probation officer. Pay the total cost of electronic monitoring services, or a portion if deemed appropriate by the probation officer.

☐ Participate in a program of drug or alcohol abuse treatment, including urinalysis testing and counseling, as directed by the probation officer. The defendant may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

07CR2872-JM

```
MIME-Version:1.0
From:efile_information@casd.uscourts.gov
To:casd.uscourts.gov
Bcc:Nicole.Jones@usdoj.gov, efile.dkt.gc1@usdoj.gov, esmeralda.diaz@usdoj.gov,
jennifer_coon@fd.org, sylvia_enrique@fd.org, efile_Miller@casd.uscourts.gov,
efile_uspo@casp.uscourts.gov
Message-Id:<2655784@casd.uscourts.gov>
Subject:Activity in Case 3:07-cr-02872-JM USA v. Heron-Salinas Plea Entered
Content-Type: text/html
```

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.'

## U.S. District Court

## Southern District of California

### Notice of Electronic Filing

The following transaction was entered on 6/13/2008 at 10:02 AM PDT and filed on 6/9/2008  
**Case Name:** USA v. Heron-Salinas  
**Case Number:** 3:07-cr-2872  
**Filer:**  
**Document Number:** 37(No document attached)

**Docket Text:**  
**Minute Entry for proceedings held before Judge Jeffrey T. Miller:Court accepts Plea entered by Juan Heron-Salinas (1) Guilty to Count 1 before the Magistrate Judge. Sentencing without P.O. Report held. Count 1 - Custody of the BOP for a term of 57 months. No fine. $100 assessment. Supervised release for a term of 3 years. All pending motions are withdrawn. (Court Reporter Debra Henson).(Plaintiff Attorney Nicole Jones).(Defendant Attorney Jennifer Coon, Fed Def Inc.,). (llb)**

**3:07-cr-2872-1 Notice has been electronically mailed to:**

Nicole A Jones Nicole.Jones@usdoj.gov, efile.dkt.gc1@usdoj.gov, esmeralda.diaz@usdoj.gov

Jennifer L Coon jennifer_coon@fd.org, sylvia_enrique@fd.org

**3:07-cr-2872-1 Notice has been delivered by other means to:**

```
MIME-Version:1.0
From:efile_information@casd.uscourts.gov
To:casd.uscourts.gov
Bcc:cassd_ecf@fd.org, Efile.dkt.gc2@usdoj.gov, efile_Papas@casd.uscourts.gov
Message-Id:<2218531@casd.uscourts.gov>
Subject:Activity in Case 3:07-mj-02416-LSP USA v. Heron-Salinas Initial
Appearance
Content-Type: text/html
```

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## Southern District of California

### Notice of Electronic Filing

The following transaction was entered on 10/11/2007 at 12:54 PM PDT and filed on 10/10/2007  
**Case Name:**       USA v. Heron-Salinas  
**Case Number:**     3:07-mj-2416  
**Filer:**  
**Document Number:** 2(No document attached)

**Docket Text:**  
Minute Entry for proceedings held before Judge Leo S. Papas :Initial Appearance as to Juan Heron-Salinas held on 10/10/2007. Appointed attorney Federal Defenders for Juan Heron-Salinas. Bond set as to Juan Heron-Salinas (1) $35,000 C/CS. 18:3142d hold till 10/23/07. Preliminary Hearing set for 10/23/2007 09:30 AM in Courtroom G before Magistrate Judge Leo S. Papas. (Tape #LSP07-01-1:55-2:22).(Plaintiff Attorney James Melendres).(Defendant Attorney Jennifer Coon). (rlr)

**3:07-mj-2416-1 Notice has been electronically mailed to:**  
Federal Defenders cassd_ecf@fd.org  
U S Attorney CR Efile.dkt.gc2@usdoj.gov

**3:07-mj-2416-1 Notice has been delivered by other means to:**

| | |
|---|---|
| 1 | **JENNIFER L. COON** |
| | California State Bar No. 203913 |
| 2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.** |
| | 225 Broadway, Suite 900 |
| 3 | San Diego, California 92101-5008 |
| | Telephone: (619) 234-8467 |
| 4 | Email: Jennifer_Coon@fd.org |
| 5 | Attorneys for Defendant Heron-Salinas |

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE LEO S. PAPAS)

| UNITED STATES OF AMERICA, | ) | Case No. 07MJ2416 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| JUAN HERON-SALINAS, | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Jennifer L. Coon, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: October 12, 2007

/s/ JENNIFER L. COON
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Jennifer_Coon@fd.org

# Notice of Appeal Notification Form

To:   Clerk, U.S. Court of Appeals            **Date:** 06/16/08
From: U.S. District Court, Southern District of California
Subject: New Appeals Case Information & Docket Fee Notification

## Case Information

Case Title:   United States of America v. Juan Heron-Salinas
U.S.D.C. No.:   07cr2872 JM            U.S.D.C. Judge:   Jeffrey T. Miller
Complaint/Indictment/Petition Filed:   Indictment
Appealed Order Entered:   6/13/2008
Notice of Appeal Filed:   6/13/2008
Court Reporter:   Debra Henson
COA Status:   [ ] Granted in full/part (appeal only)       [ ] Denied (send clerk's file)

## Docket Fee Notification

Docket Fee:   [ ] Paid       [ ] Not Paid       [X] No Fee Required
USA/GOVT. APPEAL:   [ ] Yes   [X] No

Date F/P granted (Show Date and Attach Copy of Order): _____
Was F/P Status Revoked?   [ ] Yes   [ ] No

Companion Case(s): (Please list consolidated cases, if applicable) _____

## Counsel Information

**Appellant Counsel:**                          **Appellee Counsel:**

Jennifer L. Coon                                Nicole A. Jones
Federal Defenders of San Diego                  US Attorney's Office

225 Broadway, Suite 900                         880 Front Street, Room 6293
San Diego, CA 92101-5008                        San Diego, CA 92101

619-234-8467                                    619-557-5482

Counsel Status:   [ ] Retained      [X] Appointed      [ ] Pro Se
Appointed by:   Leo S. Papas
(Attach copy of order/minutes)

## Defendant Information
Prisoner ID Number:   99248198
Bail: _____

Custody:       X_____

## SERVICE LIST

**Counsel for Appellant(s) and Appellee(s), as listed on the previous page, have been sent copies of the following items:**

| | |
|---|---|
| X | Transmittal of U.S.C.A. (Appellant and Appellee) |
| X | Case Information/Docketing Fee Notification Form. (Appellant Only) |
| X | Notice of Appeal. (Appellant, Appellee, U.S. District Judge, USPO, and Court Reporter) |
| X | Docket Entries (Appellant and Appellee) |
| X | Designation of Reporter's Transcript and Ordering Form. (Appellant Only, mailed separately) |
| X | Order for Time Schedule. (Criminal Only) (Appellant, Appellee, and Court Reporter) |
|   | Magistrate Judge's Report and Recommendation |
|   | COA Order |
|   | F/P Order |
|   | Minute Order |
| X | Other: Judgment entered 6/13/2008, NEF Sentencing Minutes entered 6/6/2008, NEF Minutes Appointing Counsel entered 10/11/07, Notice of Appearance entered 10/12/2007. |

Form Completed And Documents Served By U.S. District Court Deputy Clerk:

Autumn Wooden                                          **A. WOODEN**
_____                          _____
Deputy's Name                                              Deputy's Signature

UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

To:   Clerk, U.S. Court of Appeals
      P.O. Box 193939
      San Francisco, CA 94119-3939

Re:   **USCA No:**
      **USDC No:**   07cr2872 JM
      **USA v. Juan Heron-Salinas**

Clerk, U.S. Court of Appeals, enclosed herewith you will please find:

| | | | |
|---|---|---|---|
| X | Copy of the Notice of Appeal | X | Docket Entries |
| X | Case Information/Docket Fee Payment Notification Form | | |
| X | Order for Time Schedule (Criminal) | | |
| | Original Clerk's Record in ___ set(s) of ___ volume(s). | | |
| | Reporter's transcript's transcripts in ___ set(s) of ___ volume(s). | | |
| | Exhibits in ___ envelope(s) ___ box(es) ___ folders(s) | | |
| X | Judgement Order | | F/P Order |
| | CJA Form 20 | | Minute Order |
| | Certificate of Record | | Mandate Return |
| | Magistrate Judge's Report and Recommendation | | |
| | COA Order | | |
| | Amended docket fee notification form | | |
| | Order Appointing Counsel for Appeal | | |
| X | NEF Minutes entered 6/6/08, NEF Minutes entered 10/11/07, Notice entered 10/12/07 | | |
| X | Please acknowledge on the enclosed copy of this transmittal | | |

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

Date:

By:___**A. WOODEN**___
Autumn Wooden, **Deputy**